IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | |
|---|---|
| J.M., a minor child, by and through his next friend P.M. | : |
| | : |
| Plaintiff | CASE NO. 2:09-CV-855 |
| | : |
| v. | |
| | : |
| Richard N. Henderson, et al; | **JUDGE ABEL** |
| | : |
| Defendants | |

## EXHIBIT LIST

1. Journal Entry filed April 30, 2008 in the Pike County Court of Common Pleas Juvenile Division.

2. Journal Entry filed July 21, 2009 in the Pike County Court of Common Pleas Juvenile Division.

3. Defendants may use any exhibits that is identified on Plaintiff's Exhibit List.

4. Defendants reserve the right to present other exhibits which may be used in cross-examination or rebuttal which were not intended as defendants' direct exhibits.

Respectfully Submitted by:

LAMBERT LAW OFFICES

 /s/ Randall L. Lambert
RANDALL L. LAMBERT (0017987)
Counsel for Defendants
215 South Fourth Street
P.O. BOX 725
Ironton, Ohio 45638
(740) 532-4333

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was forwarded by electronic filing:

Jennifer M. Kinsley
Sirkin Pinales & Schwartz LLP
105 West Fourth Street, Suite 920
Cincinnati, Ohio 45202

        LAMBERT LAW OFFICE


        <u>/s/ Randall L. Lambert</u>
        **RANDALL L. LAMBERT (0017987)**
        Counsel for Defendants